IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CURTIS MOODY,                                     :
                                                  :  Case No. 2:25-cv-01259
            Petitioner,                            :
                                                  :  Judge Algenon L. Marbley
      v.                                           :
                                                  :  Magistrate Judge Michael R. Merz
WARDEN, LONDON CORRECTIONAL              :
INSTITUTION,                                       :
                                                  :
            Respondent.                            :

**OPINION & ORDER**

This matter comes before the Court on Petitioner Curtis Moody's Petition for a Writ of Habeas Corpus.  (ECF No. 1).  Moody previously sought a writ of habeas corpus under 28 U.S.C. § 2254.  (ECF No. 3 at 1).  A "second or successive application" for a writ of habeas corpus may proceed in a district court only after the Court of Appeals "authoriz[es] the district court to consider the application," which the Court of Appeals may do "only if it determines that the application makes a prima facie showing that the application satisfies the requirements" of Section 2244.  28 U.S.C. § 2244(b)(3)(A), (b)(3)(C).

On October 29, 2025, the Magistrate Judge ordered Moody's Petition be transferred to the United States Court of Appeals for the Sixth Circuit to determine whether the case could proceed.  (ECF No. 3 at 1).  On April 13, 2026, the Sixth Circuit determined that Moody had not made the requisite showing that would permit his second habeas petition and denied his motion for authorization.  *In re: Curtis Moody*, No. 25-3876, ECF No. 8-1 at 2 (6th Cir. Apr. 13, 2026).  Because "[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals," 28 U.S.C. § 2255(h); *see In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997) (per curiam), Moody's Petition must be **DISMISSED**.

1

The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  April 13, 2026**